UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL    **JS-6**

| | |
|---|---|
| Case No. **CV 13-7692-CBM(Ex)** | Date MAY 7, 2014 |
| Title INSIGHT EQUITY A.P. X, LP v. SUMITOMO BAKELITE CO.,LTD., | |
| Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE | |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed April 3, 2014 and May 5, 2014, indicating that the case has settled in its entirety, this action is placed in inactive status.

It is therefore ordered that this action is hereby dismissed without prejudice. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. [JS-6]

IT IS SO ORDERED.